B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Middle District of North Carolina

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Timber Specialists, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Timber Specialists, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**06-1742742** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2123 Shelton Avenue**<br>**Statesville, NC**<br>ZIP Code **28677** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Forsyth** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other _____

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Timber Specialists, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Timber Specialists, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Dirk W. Siegmund**
Signature of Attorney for Debtor(s)

**Dirk W. Siegmund 20796**
Printed Name of Attorney for Debtor(s)

**Ivey, McClellan, Gatton & Talcott**
Firm Name

**100 S. Elm St, Ste. 500**
**Greensboro, NC 27401**

Address

**336-274-4658  Fax: 336-274-4540**
Telephone Number

**August 18, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James E. Johnson**
Signature of Authorized Individual

**James E. Johnson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 18, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of North Carolina

In re **Timber Specialists, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| James E. and Cherry Johnson<br>2511 Heritage Circle<br>Statesville, NC 28625 | James E. and Cherry Johnson<br>2511 Heritage Circle<br>Statesville, NC 28625 | | | 147,667.08 |
| Caterpillar Financial Services Corp<br>2120 West End Avenue<br>P.O. Box 340001<br>Nashville, TN 37203-0001 | Caterpillar Financial Services Corp<br>2120 West End Avenue<br>P.O. Box 340001<br>Nashville, TN 37203-0001 | Deficiency Claim | | 133,818.57 |
| Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | 88,861.68 |
| Brewer Hendley Oil<br>201 S. Tryon St., Ste. 1200<br>Charlotte, NC 28202 | Brewer Hendley Oil<br>201 S. Tryon St., Ste. 1200<br>Charlotte, NC 28202 | | | 79,404.98 |
| Wells Fargo Business Line<br>PO Box 348750<br>Sacramento, CA 95834 | Wells Fargo Business Line<br>PO Box 348750<br>Sacramento, CA 95834 | Line of Credit | | 75,334.74 |
| GE Capital<br>P.O. Box 3083<br>Cedar Rapids, IA 52406 | GE Capital<br>P.O. Box 3083<br>Cedar Rapids, IA 52406 | Deficiency Claim | | 75,000.00 |
| First Citizens Bank<br>P.o. Box 909<br>Statesville, NC 28687 | First Citizens Bank<br>P.o. Box 909<br>Statesville, NC 28687 | | | 51,956.57 |
| Lake Norman Oil<br>P.O. Box 5398<br>Statesville, NC 28687 | Lake Norman Oil<br>P.O. Box 5398<br>Statesville, NC 28687 | | | 45,664.03 |
| First Insurance Funding<br>P.O. Box 66468<br>Chicago, IL 60666 | First Insurance Funding<br>P.O. Box 66468<br>Chicago, IL 60666 | | | 27,633.09 |
| James E. Johnson<br>2511 Heritage Circle<br>Statesville, NC 28625 | James E. Johnson<br>2511 Heritage Circle<br>Statesville, NC 28625 | | | 25,671.86 |
| Evitts Towing<br>2825 W. Franklin Blvd.<br>Gastonia, NC 28052 | Evitts Towing<br>2825 W. Franklin Blvd.<br>Gastonia, NC 28052 | | | 24,595.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Timber Specialists, Inc.**          Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Citi Business<br>3451 Harry S. Truman Blvd.<br>Saint Charles, MO 63301 | Citi Business<br>3451 Harry S. Truman Blvd.<br>Saint Charles, MO 63301 | | | 21,232.47 |
| Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | | 16,145.35 |
| Joseph Mann and Creed Collections<br>20600 Chagrin Blvd., Ste. 550<br>Beachwood, OH 44122 | Joseph Mann and Creed Collections<br>20600 Chagrin Blvd., Ste. 550<br>Beachwood, OH 44122 | Collection Account: Capital City Insurance | | 15,926.00 |
| DBH Matic<br>P.O. Box 1725<br>Clinton, MS 39060 | DBH Matic<br>P.O. Box 1725<br>Clinton, MS 39060 | | | 12,309.95 |
| Iredell County<br>135 East Water Street<br>Statesville, NC 28677 | Iredell County<br>135 East Water Street<br>Statesville, NC 28677 | | | 9,348.03 |
| Outsource Plant Damage<br>P.O. Box 631939<br>Littleton, CO 80163 | Outsource Plant Damage<br>P.O. Box 631939<br>Littleton, CO 80163 | | | 8,938.78 |
| Advanta<br>P.O. Box 5657<br>Hicksville, NY 11802 | Advanta<br>P.O. Box 5657<br>Hicksville, NY 11802 | | | 8,129.57 |
| Wells Fargo<br>P.O. Box 29746<br>Phoenix, AZ 85038 | Wells Fargo<br>P.O. Box 29746<br>Phoenix, AZ 85038 | Credit Card | | 8,088.72 |
| Shaver Wood<br>14440 Statesville Blvd.<br>Cleveland, NC 27013 | Shaver Wood<br>14440 Statesville Blvd.<br>Cleveland, NC 27013 | | | 7,503.84 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 18, 2011**           Signature   **/s/ James E. Johnson**
                                                                                                              **James E. Johnson**
                                                                                         **President**

     *Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Timber Specialists, Inc.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 18, 2011**

**/s/ James E. Johnson**
**James E. Johnson**/**President**
Signer/Title

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Accel Tire
2103 Delray Street
Statesville, NC 28677

Advance Auto Parts
P.O. Box 5219
Carol Stream, IL 60197

Advanta
P.O. Box 5657
Hicksville, NY 11802

Air & Hydraulic
2200 Shelton Avenue
Statesville, NC 28677

Air Gas National Welders
P.O. Box 601985
Charlotte, NC 28260

Alarm South
P.O. Box 5393
Statesville, NC 28687

Alliance One
4850 Street Rd., Ste. 300
Feasterville Trevose, PA 19053

Allied Bearing
P.O. Box 6417
Statesville, NC 28687

B&B Glass
1140 W. Front Street
Statesville, NC 28677

Bell Davis & Pitt
P.O. Box 21029
Winston Salem, NC 27120

Blossman Gas
150 Parcel Street
Statesville, NC 28625

Brewer Hendley Oil
201 S. Tryon St., Ste. 1200
Charlotte, NC 28202


BSS Trash
282 Scotts Creek Road
Statesville, NC 28625


Caribou Software
P.O. Box 6421
Hinton, Alberta
T7V1X7


Carolina Family Urgent Care
1503 E. Broad Street
Statesville, NC 28625


Carolina Petroleum
P.O. Box 5337
Statesville, NC 28687


Carolina Tractor & Equipment
9000 Statesville Road
Charlotte, NC 28269


Caterpillar Financial Services Corp
2120 West End Avenue
P.O. Box 340001
Nashville, TN 37203-0001


Cavalier Hose
2009 N. Greene St.
Greenville, NC 27834


Center Capital Corp.
3 Farm Glen Blvd.
Farmington, CT 06032


Chase Card Services
PO Box 15298
Wilmington, DE 19850-5298


Citi Business
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301

City of Statesville
P.O. Box 1111
Statesville, NC 28687


Clark Tire
P.O. Box 1419
Conover, NC 28613


Cleaning Market
1300 Garner Bangal Blvd.
Statesville, NC 28677


Cooling Center
3719 Scott Futrell Dr.
Charlotte, NC 28208


Country Boy Landscaping
P.O. Box 290
Harmony, NC 28634


Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA 19082


Crisp & Crisp
116 Hydetown Rd.
Robbinsville, NC 28771


CRTS
3301 Intergrity Dr.
Garner, NC 27529


Cummins Atlantic
3700 Jeff Adams Dr.
Charlotte, NC 28206


DBH Matic
P.O. Box 1725
Clinton, MS 39060


DESCO
1031 S. Meeting Street
Statesville, NC 28677

Diversified Financial
P.O. Box 95662
Chicago, IL 60694


Employment Security Commission
PO Box 26504
Raleigh, NC 27611


Evitts Towing
2825 W. Franklin Blvd.
Gastonia, NC 28052


FCC Environmental
P.O. Box 674156
Dallas, TX 75267


Ferree Trailer
P.O. Box 1169
Liberty, NC 27298


Financial Federal Credit
Attn: Robert Grawl Jr., Esq.
1300 Post Oak Blvd., Ste. 1300
Houston, TX 77056


First Citizens Bank
P.o. Box 909
Statesville, NC 28687


First Insurance Funding
P.O. Box 66468
Chicago, IL 60666


Fleetone
P.O. Box 415000
Nashville, TN 37241


Franco Energy
1629 S. Lafayette St.
Shelby, NC 28152


Frankenmuth
1 Mutual Avenue
Frankenmuth, MI 48787

GE Capital
P.O. Box 3083
Cedar Rapids, IA 52406


Golden Rule Equipment
401 Woleber Road
Myerstown, PA 17067


Hall Oil
1254 N. Main Street
Walnut Cove, NC 27052


Hazard Petro
c/o Lori M. Reynolds PLLC
74 Willies Way
Hazard, KY 41701


Hyatt Equipment
1981 Randall Road
Polkton, NC 28135


Integrity Financial Partners
4370 W. 109th St., Ste. 100
Leawood, KS 66211


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


Interstate Battery
P.O. Box 580
Hudson, NC 28638


Iredell County
135 East Water Street
Statesville, NC 28677


Iredell County Tax
P.O. Box 63030
Charlotte, NC 28263


Iredell Fire
622 Western Avenue
Statesville, NC 28677

Iredell Memorial
557 Brookdale Drive
Statesville, NC 28677


J&J
P.O. Box 5009
Statesville, NC 28687


James E. and Cherry Johnson
2511 Heritage Circle
Statesville, NC 28625


James E. Johnson
2511 Heritage Circle
Statesville, NC 28625


James River Equipment
9550 Statesville Road
Charlotte, NC 28269


Jean Lunsford CPA
P.O. Box 250
Union Grove, NC 28689


John Deere
6400 NW 86th Street
Johnston, IA 50131


Johnson Parts
1112 Shelton Avenue
Statesville, NC 28677


Joseph Mann and Creed Collections
20600 Chagrin Blvd., Ste. 550
Beachwood, OH 44122


Key Equipment
11030 Circle Point Drive, Ste. 200
Broomfield, CO 80020


Lake Norman Oil
P.O. Box 5398
Statesville, NC 28687

Machine and Welding
P.O. Box 1708
Dunn, NC 28335


McCombs Steel
117 Slingshot Road
Statesville, NC 28677


Mecklenburg Equipment
P.O. Box 26807
Charlotte, NC 28221


Melsons
P.O. Box 37
Barium Springs, NC 28010


Midstate Bolt & Screw
P.O. Box 2050
Flint, MI 48501


NAPA
P.O. Box 1118
Hickory, NC 28603


NCDMV
4702 Mail Service Center
Raleigh, NC 27699


NCDOL
901 Blairhill Road, Ste. 200
Charlotte, NC 28217


North Carolina Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27640


NTA
P.O. Box 508
Mooresville, NC 28115


Outsource Plant Damage
P.O. Box 631939
Littleton, CO 80163

Parrish Tire
P.O. Box 277241
Atlanta, GA 30384


Peachtree Renewal
1715 N. Brown Road
Lawrenceville, GA 30043


Phillips & Cohen Associates
P.O. Box 5790
Hauppauge, NY 11788


Piedmont Electric
P.O. Box 121 S. Oakland Ave.
Statesville, NC 28677


Piedmont Fastner
812 S. Main Street
Troutman, NC 28166


Piedmont Healtcare
P.O. Box 1845
Statesville, NC 28687


Piedmont International
P.O. Box 28602
Hickory, NC 28603


Pope McMillan Kuttech Privette Edwards
P.O. Box 1776
Statesville, NC 28687


Pro Consulting Services
P.O. Box 66768
Houston, TX 77266


Progressive
P.O. Box 105428
Atlanta, GA 30348


PTS Bearings
1915 W. Front Street
Statesville, NC 28677

R. Abernathy Grading
1491 Mt. Ulla Hwy
Mount Ulla, NC 28125


Rental Uniform
P.O. Box 1458
Statesville, NC 28687


Road Machinery
P.O. Box 5392
Statesville, NC 28687


Rodney Grant
136 Lockhart Farm Road
Statesville, NC 28677


S&J Scale
963 Sherwood Lane
Statesville, NC 28677


Shaver Wood
14440 Statesville Blvd.
Cleveland, NC 27013


SHP Hydraulic
P.O. Box 309
Pacolet, SC 29372


Skeet Towing
906 Conover Blvd. West
Conover, NC 28613


Southeastern Agency
1501 Highwoods Blvd., Ste. 301
Greensboro, NC 27410


Staples
P.O. Box 689020
Des Moines, IA 50368


Statesville Transmission
221 S. Oakland Avenue
Statesville, NC 28677

TD Auto Finance
P.O. Box 1334
Roanoke, TX 76262


TNT Parts
P.O. Box 162507
Atlanta, GA 30321


Transource
P.O. Box 446
Kernersville, NC 27285


Trinity Capital Corp
c/o Stuart Russell, Esq.
Wilson Helms & Cartledge
110 Oakwood Dr., Ste. 400
Winston Salem, NC 27103


Union Electric
P.O. Box 5014
Monroe, NC 28111


Union Grove Power
P.O. Box 117
Union Grove, NC 28689


Union Grove Saw & Knife


Wells Fargo
P.O. Box 29746
Phoenix, AZ 85038


Wells Fargo
P.O. Box 6434
Carol Stream, IL 60197


Wells Fargo
P.O. Box 1450
Minneapolis, MN 55485


Wells Fargo Business Line
PO Box 348750
Sacramento, CA 95834

```
Whitesell Construction
P.O. Box 10611
Rock Hill, SC 29731


Wilco
P.O. Box 4115000
Nashville, TN 37241
```

In re   **Timber Specialists, Inc.**                                   Case No.
                                        Debtor(s)                      Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **James E. Johnson**, declare under penalty of perjury that I am the **President** of **Timber Specialists, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 18th day of August, 2011.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **James E. Johnson**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **James E. Johnson**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **James E. Johnson**, **President** of this Corporation is authorized and directed to employ **Dirk W. Siegmund 20796**, attorney and the law firm of **Ivey, McClellan, Gatton & Talcott** to represent the corporation in such bankruptcy case."

Date  August 18, 2011                              Signed  s/ James E. Johnson
                                                           **James E. Johnson**